**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| Walker Specialty Construction, Inc., | 2:23-cv-00281-APG-VCF |
|---|---|
| Plaintiff, | |
| vs. | **Order** |
| Board of Trustees of the Construction Industry and Laborers Joint Pension Trust for Southern Nevada, | |
| Defendant. | |

The parties filed a joint motion to seal documents (ECF No. 13) and a sealed joint administrative record (ECF No. 14).

Accordingly,

I ORDER that a video conference hearing is scheduled for **August 15, 2023 at 10:00 AM**.

I FURTHER ORDER that counsel/the parties must email Courtroom Administrator Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, **August 14, 2023**.

I ORDER that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR THE VIDEO CONFERENCE

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

• Log on to the call ten (10) minutes prior to the hearing time.

• Mute your sound prior to entering the hearing.

• Do not talk over one another.

1

- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

IT IS SO ORDERED.

DATED this 7th day of August 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE