| | |
|---|---|
| 1 | FENNEMORE CRAIG, P.C. |
| | Ryan C. Curtis |
| 2 | No. NV 012949 |
| | 2394 E. Camelback Road |
| 3 | Suite 600 |
| | Phoenix, Arizona 85016 |
| 4 | Telephone: (602) 916-5000 |
| | Email: rcurtis@fennemorelaw.com |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | Walker Specialty Construction, Inc. |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WALKER SPECIALTY CONSTRUCTION, INC., | Case No. 2:23-cv-00281-APG-VCF |
| Plaintiff, | |
| v. | **JOINT MOTION TO RESCHEDULE HEARING SET FOR AUGUST 15, 2023** |
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FOR SOUTHERN NEVADA; and THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FOR SOUTHERN NEVADA, | |
| Defendants. | |
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FOR SOUTHERN NEVADA; and THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FOR SOUTHERN NEVADA, | |
| Counterclaim Plaintiffs, | |
| v. | |
| WALKER SPECIALTY CONSTRUCTION, INC., | |
| Counterclaim Defendant. | |

1  The parties respectfully move the Court to reschedule the video hearing currently set to take place at 10:00 a.m. on August 15, 2023, as set forth in the Court's Order dated August 7, 2023 (ECF No. 15). Counsel for Walker Specialty Construction, Inc. Ryan Curtis will be on a scheduled vacation beginning Friday August 11, 2023, through Friday August 18, 2023, and will not have reliable or predictable internet access during that time. The parties jointly propose that this hearing be scheduled for some time on Wednesday, August 9, 2023, Thursday, August 10, 2023, or some time on or after Monday, August 21, 2023.

Respectfully submitted this 8th day of August, 2023.

| By:/s/ Ryan C. Curtis | By: /s/ Christopher M. Humes (with permission) |
|---|---|
| Ryan C. Curtis<br>Attorneys for<br>Plaintiff/Counterclaim<br>Defendant Walker Specialty<br>Construction, Inc. | Christopher M. Humes<br>William D. Nobriga<br>Attorneys for Defendant<br>/Counterclaim Plaintiff Board of Trustees<br>of the Construction Industry and Laborers<br>Joint Pension Trust for Southern Nevada;<br>and the Construction Industry and<br>Laborers Joint Pension Trust for Southern<br>Nevada |

29690377.1/057563.0001

1 FENNEMORE CRAIG, P.C.
Ryan C. Curtis
2 No. NV 012949
2394 E. Camelback Road
3 Suite 600
Phoenix, Arizona 85016
4 Telephone: (602) 916-5000
Email: rcurtis@fennemorelaw.com
5
Attorneys for Plaintiff
6 Walker Specialty Construction, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WALKER SPECIALTY CONSTRUCTION, INC., | Case No. 2:23-cv-00281-APG-VCF |
| Plaintiff, | |
| v. | ~~[PROPOSED]~~ |
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FOR SOUTHERN NEVADA; and THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FOR SOUTHERN NEVADA, | **ORDER RESCHEDULING VIDEO CONFERENCE** |
| Defendants. | |
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FOR SOUTHERN NEVADA; and THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FOR SOUTHERN NEVADA, | |
| Counterclaim Plaintiffs, | |
| v. | |
| WALKER SPECIALTY CONSTRUCTION, INC., | |
| Counterclaim Defendant. | |

1   The matter coming before the Court on the parties' Joint Motion to Reschedule
2   Video Conference (ECF No. 16), and good cause appearing,
3   IT IS HEREBY ORDERED that the video conference currently scheduled for 10:00
4   a.m. on August 15, 2023, is hereby rescheduled to occur on August  22  , 2023, at
5   10:00   AM.
6   IT IS FURTHER ORDERED that counsel/the parties must email Courtroom
7   Administrator Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email
8   address to be used for the video conference by noon, August 21, 2023.
9   IT IS FURTHER ORDERED that all other orders and instructions set forth in the
10  Court's previous Order (ECF No. 15) remain in place.
11  IT IS SO ORDERED.
12  DATED this 9th day of August, 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

29692404.1/057563.0001