FENNEMORE CRAIG, P.C.
Ryan C. Curtis
No. NV 012949
2394 E. Camelback Road
Suite 600
Phoenix, Arizona 85016
Telephone: (602) 916-5000
Email: rcurtis@fennemorelaw.com

Attorneys for Plaintiff
Walker Specialty Construction, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WALKER SPECIALTY CONSTRUCTION, INC., | Case No. 2:23-cv-00281-APG-VCF |
| Plaintiff, | |
| v. | |
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FOR SOUTHERN NEVADA; and THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FOR SOUTHERN NEVADA, | **ORDER GRANTING PARTIES' JOINT MOTION TO SEAL** |
| Defendants. | |
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FOR SOUTHERN NEVADA; and THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FOR SOUTHERN NEVADA, | |
| Counterclaim Plaintiffs, | |
| v. | |
| WALKER SPECIALTY CONSTRUCTION, INC., | |
| Counterclaim Defendant. | |

1    Pursuant to the *Parties' Submission of the Joint Administrative Record and Joint
2    Motion to File Under Seal* (ECF No. 13), and this Court having found good cause that
3    compelling reasons exist to seal the Joint Administrative Record, to prevent the disclosure
4    of the parties' and non-parties' sensitive private information,

5    The parties' motion to file the Joint Administrative Record under seal and without
6    redaction is GRANTED.

7    IT IS SO ORDERED.

9    DATED this 22nd day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE

29624295.1/057563.0001