AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

Walker Specialty Construction, Inc.

               Plaintiffs,

v.

Board of Trustees of the Construction Industry and Laborers Joint Pension Trust for Southern Nevada et al.

               Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-00281-APG-MDC

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Walker Specialty Construction, Inc. and against the defendant Boards in the amount of $662,347.90 ($572,958.00 + $89,389.90 in interest as of March 18, 2024).

3/18/2024  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Callo  
Deputy Clerk