**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WALKER SPECIALTY CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FOR SOUTHERN NEVADA; and THE CONSTRUCTION INDUSTRY AND LABORERS PENSION TRUST FOR SOUTHERN NEVADA, <br><br> Defendants. | Case No. 2:23-cv-00281-APG-MDC <br><br><br> **ORDER GRANTING MOTION FOR ENTRY OF AMENDED JUDGMENT** <br><br> [ECF No. 40] |
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FOR SOUTHERN NEVADA; and THE CONSTRUCTION INDUSTRY AND LABORERS PENSION TRUST FOR SOUTHERN NEVADA, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> WALKER SPECIALTY CONSTRUCTION, INC., <br><br> Counterclaim Defendant. | |

Walker Specialty Construction, Inc. moves for entry of an amended judgment to include per diem post-judgment interest accruing after March 18, 2024 at 14%, or $219.76 per day, until paid. ECF No. 40.  The defendants have not opposed the motion, and it is supported by good cause.  I therefore grant the motion.

/ / / /

/ / / /

/ / / /

/ / / /

I ORDER the clerk of court enter an amended judgment in favor of Plaintiff/Counterclaim Defendants Walker Specialty Construction, Inc. in the amount of $662,347.90 through March 18, 2024, plus post judgment interest in the amount of $219.76 per day until paid in full.

DATED this 10th day of May, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE