AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Walker Specialty Construction, Inc.,

          Plaintiff,

  v.

Board of Trustees of the Construction Industry and Laborers Joint Pension Trust for Southern Nevada et al.

          Defendants.

AMENDED JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-00281-APG-MDC

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

AMENDED JUDGMENT is entered in favor of Plaintiff/Counterclaim Defendants Walker Specialty Construction, Inc. in the amount of $662,347.90 through March 18, 2024, plus post judgment interest in the amount of $219.76 per day until paid in full.

05/10/2024  
Date

DEBRA K. KEMPI  
Clerk

/s/ R. Gador  
Deputy Clerk