**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| WALKER SPECIALTY CONSTRUCTION, INC., | Case No. 2:23-cv-00281-APG-MDC |
| Plaintiff, | |
| v. | |
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FOR SOUTHERN NEVADA; and THE CONSTRUCTION INDUSTRY AND LABORERS PENSION TRUST FOR SOUTHERN NEVADA, | **ORDER GRANTING MOTIONS FOR (1) STAY PENDING APPEAL AND (2) APPROVAL OF SUPERSEDEAS BOND** |
| Defendants. | [ECF Nos. 41, 42] |
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FOR SOUTHERN NEVADA; and THE CONSTRUCTION INDUSTRY AND LABORERS PENSION TRUST FOR SOUTHERN NEVADA, | |
| Counterclaim Plaintiffs, | |
| v. | |
| WALKER SPECIALTY CONSTRUCTION, INC., | |
| Counterclaim Defendant. | |

The defendants move for a stay pending appeal and approval of their supersedeas bond. ECF Nos. 41, 42.  Walker Specialty Construction, Inc. does not oppose. ECF No. 47. The motions are supported by good cause and the amount of the bond is appropriate.

I THEREFORE ORDER that, pursuant to Federal Rule of Appellate Procedure 8(a)(1), the judgment entered in this case is stayed pending appeal.

/ / / /

/ / / /

/ / / /

I FURTHER ORDER that the supersedeas bond proposed by the defendants, a copy of which is filed at ECF No. 46-2, is approved as security for the stay.

DATED this 10th day of May, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE