```
FENNEMORE CRAIG, P.C.
Ryan C. Curtis, No. NV 012949
2394 E. Camelback Road, Suite 600
Phoenix, Arizona 85016
Telephone: (602) 916-5000
Email: rcurtis@fennemorelaw.com
```

Attorneys for Plaintiff and Counterclaim Defendant
Walker Specialty Construction, Inc.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WALKER SPECIALTY CONSTRUCTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FOR SOUTHERN NEVADA, et al, <br><br> Defendants. | Case No. 2:23-cv-00281-APG-MDC <br><br><br> **SATISFACTION OF JUDGMENT** |
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST FOR SOUTHERN NEVADA, et al., <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> WALKER SPECIALTY CONSTRUCTION, INC., <br><br> Counterclaim Defendant. | |

Plaintiff/Counterclaim Defendant Walker Specialty Construction, Inc. ("Walker"), by and through its undersigned counsel states as follows:

1. On February 22, 2024, this Court entered an Order granting summary judgment to Walker and denying Defendants/Counterclaim Plaintiffs Board of Trustees of the Construction and Laborers Joint Pension Trust for Southern Nevada, et. al.'s ("Trust['s]") request for the same. Dkt. 29.

2. On March 8, 2024, the Trust filed its Notice of Appeal and later filed its First Amended Notice of Appeal on April 16, 2024. Dkts. 30–31, 44.

3. On March 18, 2024, this Court entered judgment against the Trust and in favor of Walker in the principal amount of $662,347.90 through March 18, 2024. Dkt. 35.

4. On May 10, 2024, this Court entered an amended judgment against the Trust and in favor of Walker incorporating the prior judgment amount ($662,347.90) and including post judgment interest in the amount of $219.76 per day from March 18, 2024, until paid in full. Dkt. 50.

5. On May 10, 2024, the Court granted the Trust's request for a stay of this action and approval of the Trust's proposed supersedeas bond (Dkts. 41–42, 46-2), pending the outcome of the appeal. Dkt. 51.

6. On January 5, 2026, the Ninth Circuit Court of Appeals *affirmed* this Court's entry of summary judgment in favor of Walker. Dkt. 55.

7. As of the date of this filing, the Trust's time to seek a review of the Ninth Circuit Court of Appeals' Opinion has expired and the Trust has satisfied the principal amount of the judgment plus interest through January 23, 2026, plus an additional amount totaling $70.50 pursuant to the Court of Appeals' Mandate for the costs taxed against the Trust.

**NOTICE IS HEREBY GIVEN**,

For and in consideration of payment received, full satisfaction of the Amended Judgment (Dkt. 50) is acknowledged. Walker hereby authorizes and directs the Clerk of the Court to enter this Satisfaction of Judgment, and to release and discharge the supersedeas bond (Dkt. 46-2, pp. 2–3) posted by the Trust.

1  DATED this 4th day of February, 2026.

FENNEMORE CRAIG, P.C.

By: _____
Ryan C. Curtis
Attorneys for Plaintiff/Counterclaim Defendant
WALKER SPECIALTY CONSTRUCTION, INC.

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that the foregoing was filed with the Federal District Court for the District of Nevada via the Court's electronic filing system and served upon the following:

Christopher M. Humes
William D. Nobriga
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

/s/ Theresa M. Manginelli
An employee of Fennemore Craig, P.C.

63252810

Fennemore Craig, P.C.
Attorneys at Law
Phoenix